RECEIVED
OCT 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LIONELL SONNIER** | **CIVIL ACTION 16-CV-1079** |
| VS. | SECTION P |
| | CHIEF JUDGE DEE D. DRELL |
| **CLERK OF COURT ST. MARTIN PARISH** | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED ADJUDGED AND DECREED** that plaintiff's civil rights complaint against be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §1915(A) and 1915A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 26 day of October, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT